IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **FERDINAND SALLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 4:23-CV-00008-CDL-MSH |
| | : | |
| **Commander LARRY MITCHELL,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## **ORDER**

Presently pending before the Court is a Complaint filed by *pro se* Plaintiff Ferdinand Salley, an inmate who was most recently incarcerated at the Muscogee County Jail in Columbus, Georgia. On April 6, 2023 the Court received Plaintiff's Objections to the March 24, 2023 Order and Recommendation of the United States Magistrate Judge to dismiss Plaintiff's claims without prejudice because Plaintiff failed to fully disclose his litigation history. In light of these Objections, the Magistrate Judge withdrew the March 24th Order and Recommendation but noted that recent correspondence from the Court had been returned as undeliverable with notations indicating Plaintiff had been released from jail. The Magistrate Judge therefore ordered Plaintiff to respond and show cause why this action should not be dismissed for failing to prosecute this case by keeping the Court apprised of his current address. Plaintiff was given fourteen (14) days to respond, and he was warned that the failure to respond would likely result in the dismissal of his Complaint. *See generally* Order, Apr. 25, 2023, ECF No. 8.

The time for compliance has passed without a response from Plaintiff, presumably because the April 25th Order was also returned as undeliverable with the notation, "NOT HERE RETURN TO SENDER" (ECF No. 9). Plaintiff has not updated his address with the Clerk, and online searches of the Muscogee County Jail and the Georgia Department of Corrections rosters still do not list Plaintiff as a current inmate. *See* https://portal-gamuscogee.tylertech.cloud/app/JailSearch/#/searchech.cloud (searched "Salley") (last accessed May 17, 2023) (showing Plaintiff was released on April 4, 2023); https://gdc.ga.gov/GDC/Offender/Query (searched "Salley, Ferdinand") (last accessed May 17, 2023). The Court thus has no way to determine Plaintiff's current whereabouts.

As Plaintiff was previously warned, his failure to diligently prosecute this case is grounds for dismissal. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)). Because Plaintiff has failed to diligently prosecute his claims, his Complaint is **DISMISSED without prejudice.**

**SO ORDERED**, this **18th** day of **May, 2023**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
