IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FERDINAND SALLEY, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-CV-00008-CDL-MSH |
| | * |
| Commander LARRY MITCHELL, *et al.,* | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of May, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk